IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al.,    )<br>                          )<br>    Plaintiffs,          )<br>                          )<br>    v.                    )<br>                          )<br> CITY OF RUSSELLVILLE     )<br>                          )<br>    Defendant.            )  | CIVIL ACTION NO.<br>  2:87cv1288-T<br>     (WO) |

OPINION

By order entered on June 23, 2003 (Doc. No. 41), the court granted the plaintiffs' motion for proceedings leading to dismissal of this action, filed June 2, 2003 (Doc. No. 37), to the extent that defendant City of Russellville was "to notify the court by no later than May 28, 2004, as to whether its single-member district plan has been precleared."  The court further stated that, "If the plan has been precleared by then, the court will then award counsel for plaintiffs an attorney's fee of $ 500.00, and this case will be dismissed."

On July 12, 2005 (Doc. No. 54), the City of Russellville filed with the court a motion to dismiss, attached to which is a letter from the Voting Section of the Civil Rights Division of the United States Justice Department indicating that the City of Russellville is not required to obtain preclearance under § 5 of the Voting Rights Act, as amended, 42 U.S.C.A. § 1973c, because the plan submitted for redistricting does not represent any change from City of Russellville's prior law or practice. Accordingly, the plaintiffs are now entitled to an attorney's fee of $ 500.00 and this case is due to be dismissed.

An appropriate judgment will be entered.

DONE, this the 18th day of July, 2005.

        /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE