IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1288-T |
| CITY OF RUSSELLVILLE, | ) | (WO) |
| | ) | |
|     Defendant. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this day, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to dismiss, filed by defendant City of Russellville on July 12, 2005 (Doc. No. 54), is granted.

(2) The plaintiffs shall have and recover from defendant City of Russellville the amount of $ 500.00 for attorney's fees.

(3) This lawsuit is dismissed in all other respects.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 18th day of July, 2005.**

　　　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson  
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**